UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FRANCIS E. ARENELLA,
    Plaintiff,

v.

CIVIL ACTION NO.
10-10211-WGY

MIDDLESEX SHERIFF'S OFFICE, ET AL.,
    Defendants.

## MEMORANDUM AND ORDER FOR DISMISSAL

YOUNG, D.J.

On August 20, 2010, a Memorandum and Order (Docket No. 13) issued directing Plaintiff to pay the $350.00 filing fee and to show cause why this action should not be dismissed for the reasons stated therein, within 30 days.

To date, Plaintiff has failed to pay the $350.00 filing fee as directed, and failed to file any show cause response.

Accordingly, for the reasons set forth in the Memorandum and Order (Docket No. 13), and for the failure of Plaintiff to comply with the directives contained therein, it is hereby Ordered that this action is DISMISSED in its entirety.

SO ORDERED.

/s/ William G. Young
UNITED STATES DISTRICT JUDGE

DATED: September 27, 2010